OPINION — AG — ** COUNTY BOARD OF ADJUSTMENT — HEARINGS ** THE ROGERS COUNTY BOARD OF ADJUSTMENT HAS THE AUTHORITY TO HOLD A HEARING ON A REQUEST FOR A CONDITIONAL USE PERMIT FOR A MOBILE HOME IN THE DISTRICT UNDER THE JURISDICTION OF THE ROGERS COUNTY BOARD OF ADJUSTMENT. (MANUFACTURER HOME, ZONING, POWERS, HOUSING PERMIT) CITE: 11 O.S. 407 [11-407] (ROBERT H. MITCHELL)